UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR              MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                   ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 16-cv-3802 (*Michael Gorham v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated February 9, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Defendants' motion to dismiss be granted. No objection has been filed. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 31]. Therefore, IT IS ORDERED THAT:

1.      Defendants' motion to dismiss [Docket No. 30] is GRANTED.

2.      Case No. 16-cv-3802 is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 5, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge